**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-6151**

_____

RONALD JERRY SAWYER,

                                  Plaintiff - Appellant,

     versus

S. ALEXANDER; T. GOODRICH; D. LIPSCONE;
R. WALKER, Sergeant,

                                  Defendants - Appellees.

_____

**No. 96-6432**

_____

RONALD JERRY SAWYER,

                                  Plaintiff - Appellant,

     versus

S. ALEXANDER; T. GOODRICH; D. LIPSCONE;
R. WALKER, Sergeant,

                                  Defendants - Appellees.

_____

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge. (CA-95-1105-CV-2, CA-95-1103-CV-2)

_____

Submitted:  July 23, 1996          Decided:  July 30, 1996

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

No. 96-6151 affirmed and No. 96-6432 dismissed by unpublished per curiam opinion.

Ronald Jerry Sawyer, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In No. 96-6151, Appellant appeals the district court's order denying his application to proceed in forma pauperis. We find that the denial of leave to appeal was not an abuse of discretion. Williams v. Field, 394 F.2d 329 (9th Cir.), cert. denied, 393 U.S. 891 (1965). Accordingly, we affirm.

In No. 96-6432, Appellant appeals from the district court's order declining to rule on the motions he filed after filing his appeal in No. 96-6151. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

No. 96-6151 – AFFIRMED

No. 96-6432 – DISMISSED